# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-944V
### (Not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * *
                             *

KRISTY M. SUH and                *
DANNY PASAWONGSE,          *
on behalf of their minor daughter, IYP,   *
                             *

          Petitioners,     *
                             *         Filed:  February 14, 2017
        v.                 *
                             *         Autism; Decision on Attorneys'
SECRETARY OF HEALTH AND   *         Fees and Costs
HUMAN SERVICES           *
                             *
          Respondent.     *
                             *
* * * * * * * * * * * * * * * * * * * * * * * * *

## DECISION (ATTORNEYS' FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] a Decision issued on November 10, 2016.  On February 2, 2017, Petitioners filed an Application for Attorneys' Fees and Costs, requesting a total payment of $5,213.89, representing attorneys' fees and costs of $4,813.89, and $400.00 of costs expended by Petitioners.  On February 14, 2017, Respondent filed a statement indicating that Respondent does not object to the overall amount requested.

I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $4,813.89, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Michael A. Firestone, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

- a lump sum of $400.00, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.